LAW OFFICES OF RODNEY BRIDGERS, LLLC

RODNEY P. BRIDGERS, JR. 9505
707 Richards Street, Ste. 526
Honolulu, Hawaii 96813
Telephone: (808) 536-3255
Facsimile: (808) 524-5593

LAW OFFICE OF DAVID F. SIMONS

DAVID F. SIMONS    2179-0
707 Richards Street, Ste. 526
Honolulu, Hawaii 96813
Telephone: (808) 536-3255
Facsimile: (808) 524-5593

Attorneys for Plaintiffs
STEPHANA WOODEN,
BRANDY REEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| STEPHANA WOODEN; BRANDY REEVES, | ) ) ) | CIVIL NO. 1:21-cv-00080 (Other Civil Action) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| COMPREHENSIVE HEALTH MANAGEMENT, INC.; WELLCARE HEALTH INSURANCE OF ARIZONA, INC., | ) ) ) ) ) | RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | ) ) | |

RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff STEPHANA WOODEN ("WOODEN") and Plaintiff BRANDY REEVES ("REEVES") by and through their attorneys, Rodney P. Bridgers, Jr., and David F. Simons, and hereby dismiss the Complaint in this matter pursuant to Fed.R.Civ. P. 41.

Plaintiffs filed their Complaint on February 9, 2021. See Dkt 1.

No responsive pleading has been filed by Defendants.

Plaintiffs filed this matter after they were denied leave, initially, to amend their complaint in 1:20-cv-0053, styled *Stephan Wooden and Brandy Reeves v. Comprehensive Health Management, Inc., et al.*

Subsequent to the filing of the Complaint herein, Judge Kobayashi granted Plaintiffs leave to amend their Complaint in 1:20-cv-0053. The Amended Complaint in 1:20-cv-00053 is virtually identical to the Complaint filed herein.

The parties are scheduled for trial on August 2, 2021 in 1:20-cv-00053. Thus, there is no need to litigate this matter as the judgment to be entered in 1:20-cv-00053 will serve as an issue preclusion to any activity herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Stephana Wooden and Brandy Reeves respectfully provide notice that this matter is dismissed without

prejudice.

        DATED:    Honolulu, Hawai'i, this 16th day of March 2021.

        /s/ Rodney P. Bridgers, Jr.
RODNEY P. BRIDGERS, JR.
DAVID F. SIMONS

Attorneys for Plaintiffs
STEPHANA WOODEN
BRANDY REEVES